# Court of Appeals of the State of Georgia

ATLANTA, January 22, 2026

*The Court of Appeals hereby passes the following order:*

## A26D0306. DEBORAH ONYABE v. DAVID ONYABE.

On January 13, 2026, Deborah Onyabe filed a "Request for Extension of Time to File Application for Discretionary Appeal." The filing was docketed as an application for discretionary appeal. In substance, however, Onyabe seeks only an extension of time to file a discretionary application from the trial court's December 22, 2025 order. Under these circumstances, this application was improvidently docketed and is therefore DISMISSED.[1]



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 01/22/2026

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.

---

[1] A request for an extension of time to file an application for discretionary appeal must come by emergency motion. See Court of Appeals Rules 16(c) and 40(b). Accordingly, Onyabe's filing has been re-docketed as an emergency motion. See A26E0136.